UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/14/2026

MARK WESTERBROOKS,

                Plaintiff,

          -v-

WHOLE FOODS MARKET, INC, *et al.*,

              Defendants.

------------------------------------------------------------------ X

1:25-cv-10652-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

Plaintiff Mark Westbrooks, who is appearing *pro se*, brings this action against Whole Foods Market, Inc. ("Whole Foods") and Amazon.com, Inc. ("Amazon"), asserting claims of race discrimination under 42 U.S.C. § 1981 and Title II of the Civil Rights Act of 1964, disability discrimination under Title III of the Americans with Disabilities Act of 1990 ("ADA"), retaliation under the ADA, and discrimination and retaliation under the New York City Human Rights Law.

On March 4, 2026, Plaintiff requested leave to file an amended complaint and filed the first amended complaint. Dkt. Nos. 11–10. The Court grants Plaintiff leave to file an amended complaint and therefore will treat the amended complaint, Dkt. No. 10, as the operative pleading for this action.

By order dated January 7, 2026, the court granted Plaintiff's request to proceed in forma pauperis ("IFP"), that is, without prepayment of fees. Because Plaintiff is proceeding IFP, he is entitled to rely on the Court and the United States Marshals Service ("USMS") to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the USMS to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on Whole Foods and Amazon through the USMS, the

Clerk of Court is instructed to fill out USMS Process Receipt and Return forms ("USM-285 form") for these defendants. The Clerk of Court is further instructed to issue summonses for Whole Foods and Amazon and deliver to the USMS all the paperwork necessary for the USMS to effect service of summonses and the amended complaint on Whole Foods and Amazon.

The Court also grants Plaintiff's motion for an extension of time to serve Defendants. Dkt. Nos. 16, 19. Although Federal Rule of Civil Procedure 4(m) generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have served summonses and the amended complaint on Whole Foods and Amazon until the Court reviewed the amended complaint and ordered that summonses for Whole Foods and Amazon be issued. The Court therefore extends the time to serve Whole Foods and Amazon until 90 days after the date that summonses for Whole Foods and Amazon are issued.

If summonses and the amended complaint are not served on Whole Foods and Amazon within 90 days after the date that the summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service). Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss this action if he fails to do so.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to mail an information package and a copy of this order to Plaintiff. The Clerk of Court is directed to issue summonses for Defendants Whole Foods and Amazon; complete USM-285 forms with the service addresses for these defendants; and deliver all documents necessary to effect service of summonses and the amended complaint, Dkt. No. 10, on them to the USMS. The Clerk of Court is directed to terminate the motions pending at Dkt. Nos.

11, 16, and 19.

       SO ORDERED.

Dated:  April 14, 2026
         New York, New York

                                    _____
                                       GREGORY H. WOODS
                             United States District Judge

3