**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
MARK WESTBROOKS,

                        Plaintiff,

              -against-

WHOLE FOODS MARKET, INC. and
AMAZON.COM, INC.,

                        Defendants.
------------------------------------------------------------------------X

                     **25 Civ. 10652 (GHW) (GS)**

                         **ORDER**

**GARY STEIN, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's motion for permission for electronic case filing at Docket Numbers 30 and 31. However, Plaintiff did not attach a certificate of completion of the Court's CM/ECF introduction course, and the Court has not found such certificate through internal records. Nor does it appear that any such training was hosted on April 14, 2026, the date Plaintiff attests to have taken the course. See https://nysd.uscourts.gov/programs/ecf-training. Accordingly, Plaintiff's motion is denied without prejudice. The Clerk of Court is respectfully directed to close the open motions at Docket Numbers 30 and 31.

      **SO ORDERED.**

DATED:     New York, New York
            April 21, 2026

                                  _____
                                  The Honorable Gary Stein
                                  United States Magistrate Judge