MEMO ENDORSED

Mark Westbrooks
90 Sands Street, Unit 2713
Brooklyn, NY 11201
(917) 524-6921
mawbusiness@outlook.com

June 29, 2026

**VIA EMAIL** (Temporary_Pro_Se_Filing@nysd.uscourts.gov)

The Honorable Gary Stein
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, New York, NY 10007

Re: *Westbrooks v. Whole Foods Market, Inc. and Amazon.com, Inc.*,
Case No. 1:25-cv-10652-GHW-GS — Renewed Letter-Motion for Permission for Electronic Case Filing and Request for Reasonable Accommodation

Dear Judge Stein:

I am the pro se Plaintiff in the above-referenced action, proceeding in forma pauperis. I respectfully submit this renewed letter-motion for permission to participate in electronic case filing through the Court's CM/ECF system, and, to the extent the Court deems it necessary, for a reasonable accommodation with respect to the CM/ECF introduction training requirement. This letter-motion is directed to the two grounds identified in the Court's Order of April 21, 2026 (Dkt. No. 32), and seeks to cure them.

**Background.** By Order dated April 21, 2026 (Dkt. No. 32), the Court denied without prejudice my prior motions for CM/ECF access (Dkt. Nos. 30 and 31) on two grounds: that no certificate of completion of the CM/ECF introduction course was attached, and that the Court found no record of such a course on the date I had attested. I have since taken every step within my power to satisfy the training requirement. I registered for the CM/ECF Introduction course (Class #1245) scheduled for Thursday, June 18, 2026, at 500 Pearl Street, Room 290, as confirmed by the SDNY Help Desk. I was, however, unable to attend that session because I was recovering from native quadriceps surgery, a documented medical procedure that physically prevented my appearance in person on that date. I have promptly registered for the next available monthly session, scheduled for July 16, 2026, and I remain committed to completing the course and submitting the certificate of completion to the Court.

**Request for interim access and reasonable accommodation.** Because the training is offered on a monthly basis and my inability to attend the June 18 session arose directly from a post-surgical recovery beyond my control, I respectfully request that the Court grant interim permission for electronic case filing pending my completion of the July 16, 2026 session, or, in the alternative, permit me to self-certify my completion of the required materials. I make this request as a reasonable accommodation in light of the medical circumstances that delayed my attendance, and on the basis of my technical qualifications set forth below. Documentation of my medical status is available through the Department of Veterans Affairs and may be furnished to the Court or its ADA Coordinator upon request.

**Technical qualifications.** I respectfully submit that I am fully capable of operating the CM/ECF system competently and responsibly. I served as an official network administrator, was admitted to the University of Pittsburgh for computer engineering, and have a professional background in computer network administration. I am thoroughly familiar with query-based electronic systems of the kind on which CM/ECF is built. I have downloaded and carefully reviewed all CM/ECF training materials, rules, and procedures made available to pro se litigants, and I have already demonstrated my ability to navigate this Court's procedures through my filings in this matter.

I affirm, under penalty of perjury pursuant to 28 U.S.C. § 1746, that I have downloaded and reviewed in full the CM/ECF training materials, rules, and procedures applicable to pro se electronic filers in this District, and that I will comply with all applicable rules governing electronic filing.

For these reasons, I respectfully request that the Court grant me permission to participate in electronic case filing, on an interim basis pending my completion of the July 16, 2026 monthly training session if the Court prefers, together with any reasonable accommodation the Court deems appropriate. Because no Defendant has yet appeared or been served, there is no adversary from whom I can seek consent to this request.

I thank the Court for its consideration.

Respectfully submitted,

***/s/ Mark Westbrooks***

Mark Westbrooks
Plaintiff, Pro Se
90 Sands Street, Unit 2713
Brooklyn, NY 11201
(917) 524-6921
mawbusiness@outlook.com

Application denied. The Court requires a certificate of completion of the Court's CM/ECF introduction course prior to ECF privileges being entered in all instances. Accordingly, the Court looks forward to Plaintiff renewing this request once training has been completed and certificate of completion is submitted.

SO ORDERED.

Date: New York, New York
July 6, 2026

Gary Stein
United States Magistate Judge
Southern District of New York