Mark Westbrooks
90 Sands Street, Unit 2713
Brooklyn, NY 11201
(917) 524-6921
mawbusiness@outlook.com

MEMO ENDORSED

June 29, 2026

**VIA EMAIL** (Temporary_Pro_Se_Filing@nysd.uscourts.gov)

The Honorable Gary Stein
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, New York, NY 10007

Re: *Westbrooks v. Whole Foods Market, Inc. and Amazon.com, Inc.*,
Case No. 1:25-cv-10652-GHW-GS — Letter-Motion Requesting a Service Status Update

Dear Judge Stein:

I am the pro se Plaintiff in the above-referenced action, proceeding in forma pauperis. I respectfully submit this letter-motion to request a status update concerning the United States Marshals Service's ("USMS") efforts to effect service of the summonses and the First Amended Complaint (Dkt. No. 10) upon Defendants Whole Foods Market, Inc. and Amazon.com, Inc.

By Order dated April 14, 2026 (Dkt. No. 24), the Court directed the Clerk to issue summonses for both Defendants tied to the operative First Amended Complaint, to complete USM-285 forms, and to deliver the complete service package to the USMS. The docket reflects that summonses were issued on April 15, 2026, and that the FRCP 4 service package was hand-delivered to the USMS the same day. Pursuant to the Court's Order, the time to serve Defendants runs until ninety days after issuance of the summonses, that is, on or about July 14, 2026.

As of the date of this letter, the docket does not reflect the filing of any Marshal's Process Receipt and Return — executed or unexecuted — as to either Defendant in connection with the summonses issued on April 15, 2026, and no Defendant has yet appeared. Plaintiff has monitored the docket through PACER and has taken no action that would delay service. Because the Rule 4(m) deadline established by the Court's Order is approaching, and because

the prior unexecuted returns (Dkt. Nos. 14, 15, 17, and 18) resulted solely from summonses having been tied to the original Complaint rather than to the operative First Amended Complaint — a defect the Court's April 14, 2026 Order has since cured — Plaintiff respectfully seeks confirmation of the current status of service.

Accordingly, Plaintiff respectfully requests that the Court direct the Clerk of Court and/or the USMS to provide a status update regarding the pending service attempts, including whether service has been completed or attempted and whether any executed or unexecuted returns are forthcoming. Plaintiff makes this request to ensure the timely and orderly progress of this action and to permit Plaintiff to seek any further extension of time for service, should one prove necessary, in advance of the July 14, 2026 deadline. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012).

Because no Defendant has yet appeared or been served, there is no adversary from whom Plaintiff can seek consent to this request.

I thank the Court for its attention to this matter.

Respectfully submitted,

***/s/ Mark Westbrooks***
Mark Westbrooks
Plaintiff, Pro Se
90 Sands Street, Unit 2713
Brooklyn, NY 11201
(917) 524-6921
mawbusiness@outlook.com

The Court notes that, pursuant to certificates of service entered two days after Plaintiff's letter herein, the United States Marshals Service has completed service on the defendants in this action, whose deadlines to move, answer, or otherwise respond to Plaintiff's complaint are presently scheduled for July 14, 2026. (Dkt. Nos. 33, 34). As far as this Court is aware, nothing further is needed on this front.

Date: New York, New York
July 6, 2026

Gary Stein
United States Magistate Judge
Southern District of New York