**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

MARK WESTBROOKS,

Plaintiff,

-against-

WHOLE FOODS MARKET, INC., *et al.,*

Defendants.

---------------------------------------------------------------X

**25 Civ. No. 10652 (GHW) (GS)**

**VIDEO STATUS CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

This action is hereby scheduled for a video conference for **Friday, August 14, 2026** to discuss Defendants' motion to dismiss Plaintiff's Amended Complaint (Dkt. No. 44) and materials in support thereof (Dkt. No. 45). In particular, the Court would like to discuss: (1) whether Defendants wish to persist with their argument that service was untimely under Fed. R. Civ. P. 12(b)(5) in light of the orders at Docket Numbers 24 and 41 extending the time for service; and (2) whether, in response to Defendants' argument for dismissal of Plaintiff's cause of action for negligent supervision and training, Plaintiff wishes to file a brief in opposition or, alternatively, prefers to amend his pleading. Plaintiff's deadline to respond to Defendants' motion is stayed pending the conference. The parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting.

**Meeting ID: [266 770 461 839 347] Passcode: [Fb2qs72E]**

**SO ORDERED.**

DATED: New York, New York
July 14, 2026

Gary Stein

The Honorable Gary Stein
United States Magistrate Judge