USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 7/17/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK WESTBROOKS,

Plaintiff,

-v-

WHOLE FOODS MARKET, INC., *et al.*,

Defendants.

1:25-cv-10652-GHW-GS

ORDER

GREGORY H. WOODS, United States District Judge:

In response to Defendants' July 13, 2026 motion to dismiss, Dkt. No. 44, Plaintiff has amended his complaint pursuant to Rule 15(a)(1)(B). Accordingly, Defendants' motion to dismiss is denied as moot. The Clerk of Court is directed to terminate the motion pending at Dkt. No 44 and mail a copy of this order to Plaintiff.

SO ORDERED.

Dated: July 17, 2026
New York, New York

GREGORY H. WOODS
United States District Judge